Mark Brnovich
Attorney General
Firm State Bar No. 14000

Christopher J. Dylla
Assistant Attorney General
State Bar No. 027114
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: christopher.dylla@azag.gov
Attorneys for the State of Arizona
 *ex rel*. Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SCOTT KENT GARTNER<br>SSN: XXX-XX-2000<br><br>MOLLIE LYNN SMITH,<br>SSN: XXX-XX-4253<br><br>Debtors. | Chapter 13<br><br>Case No. 2:19-bk-11136-DPC<br><br>**OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN**<br><br>Docket No. 18 |

The State of Arizona *ex rel.* Arizona Department of Revenue ("Department") objects to the *Original Chapter 13 Plan* ("Plan"), filed by Scott Kent Gartner and Mollie Lynn Smith ("Debtors") on September 24, 2019, as follows:

1. The Department is the agency empowered and entitled to enforce Arizona tax laws and regulations, including but not limited to individual income taxes, transaction privilege taxes ("TPT") and withholding taxes ("WTH"). A.R.S. §§ 43-208; 42-1004 *et seq.*; 43-101 *et seq.*

2. Debtors are individuals residing in the State of Arizona and upon information and belief

are required to file and pay certain tax liabilities to the Department, including individual income taxes. *See* A.R.S. §§ 43-301, 43-501.

3. The Department filed a proof of claim establishing a priority claim in the amount of $1,763.00. A true and accurate copy of the Department's *Original Proof of Claim* ("Claim") dated September 20, 2019 is No. 7-1 on the Court's Claims Register. In addition, the Department's Claim indicates that the Debtors have failed to file the tax return indicated below ("Outstanding Return"):

| Income | 2018 |
|--------|------|
| TPT    | Not Applicable |
| WTH    | Not Applicable |

4. As indicated in the Department's Claim, the Debtors have failed to file all tax returns as required by 11 U.S.C. § 1308. Failure of the Debtors to file the Outstanding Return constitutes cause to convert or dismiss the case. *See* 11 U.S.C. § 1307(e), Local Rule of Bankruptcy Procedure 2084-5. Moreover, the Plan cannot be confirmed until such time that the Debtors file the Outstanding Return. 11 U.S.C. § 1325(a)(9). Signed, dated, and non-redacted copies of the return may be sent to richard.graves@azag.gov, which the Department will accept as filed on the date that they are received by the Attorney General's Office.

5. The Department's Claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8)(A). The Plan is required to provide payment in full of all priority claims, unless the claimant agrees otherwise. 11 U.S.C. § 1322(a)(2). Here, the Department has not agreed to different treatment than what Section 1322 requires and the Plan does not provide for the full payment of the Department's priority claim. Therefore, the Plan cannot be confirmed. 11

U.S.C. § 1325(a)(1).

6. The Department reserves the right to amend, supplement, or withdraw its objection to confirmation.

## Conclusion

Any Chapter 13 plan proposed by the Debtors must provide for and eliminate the objections specified herein in order to be reasonable and to comply with applicable provisions of 11 U.S.C. § 1325. Since the Plan, as it is currently proposed, does not comply with 11 U.S.C. § 1325, the Plan cannot be confirmed.

WHEREFORE, the Department prays as follows:

1. That Confirmation of the proposed Chapter 13 Plan be denied, or in the alternative, that the Plan be amended or modified to remedy the Department's objections herein;

2. That failure of the Debtors to amend or modify the Plan to conform with the Bankruptcy Code in a reasonable time, that the Court dismiss or convert this case to a Chapter 7; and

3. For such other and further relief as this Court deems proper.

RESPECTFULLY SUBMITTED this 13th day of November, 2019.

                    MARK BRNOVICH
                    Attorney General

                    /s/ CJD No. 027114
                    Christopher J. Dylla
                    Assistant Attorney General
                    Attorney for the State of Arizona
                     *ex rel.* Arizona Department of Revenue

3

Case 2:19-bk-11136-DPC    Doc 32    Filed 11/13/19    Entered 11/13/19 08:09:52    Desc
Main Document    Page 3 of 4

1 | ORIGINAL of the foregoing filed electronically this 13th day of November, 2019 with:

2 | United States Bankruptcy Court
3 | District of Arizona

4 | COPY of the foregoing sent for mailing or by email* this 13th day of November, 2019 to:

5 | Thomas A. McAvity, Esq. *
6 | Phoenix Fresh Start Bankruptcy Attorneys
  | 4602 East Thomas Road, Suite S-9
7 | Phoenix, AZ 85028
  | Email: tom@nwrelief.com
8 | *Attorney for Debtors*

9 |
10 | Edward J. Maney*
   | 101 North First Avenue, Suite 1775
11 | Phoenix, AZ 85003
   | Email: service@maney13trustee.com
12 | *Chapter 13 Trustee*

15 | /s/ R. Scott Graves
   | #8328511/BCE19-03064

4