Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| SCOTT KENT GARTNER | Case No. 2:19-11136-DPC |
| MOLLIE LYNN SMITH | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 4+ months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $2,145.00

The next scheduled payment is due: 12/30/2020

**Debtors is required to pay no less than $2,675.00 by 1/15/2021 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 1/15/2021.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

                                        EDWARD J. MANEY
                                        CHAPTER 13 TRUSTEE

                     By: _____
                          Edward J. Maney ABN 12256
                          Chapter 13 Trustee
                          101 North First Avenue, Suite 1775
                          Phoenix, AZ 85003
                          (602) 277-3776
                          ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:19-11136-DPC

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

Debtor (s):
SCOTT KENT GARTNER
35716 W. SUPERIOR AVENUE
TONOPAH, AZ. 85354

MOLLIE LYNN SMITH
35716 W. SUPERIOR AVENUE
TONOPAH, 85354-

By:_____
    Trustee's Clerk